

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00038-CV

### Trial Court No. 08-CV-30,215

**Joaquin Independent School District**

**Vs.**

**Shelby County Appraisal District, Shelby County Appraisal Review Board, Shelbyville Independent School District, Bobby Pigg, in his official capacity as Chief Appraiser of the Shelby County Appraisal District, Roy Masterson, in his official capacity as Chairman of the Shelby County Appraisal Review Board, and Charles Rushing, as Chairman of the Shelby County Appraisal Review Board**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Wayne Haglund |
| Motion fee | $10.00 | Wayne Haglund |
| Motion fee | $10.00 | WM C. Bednar |
| Motion fee | $10.00 | Haglund Law Firm |
| Motion fee | $10.00 | WM C. Bednar |
| Motion fee | $10.00 | Guidry, Bates & Hoyt |
| Motion fee | $10.00 | Haglund Law Office |
| Motion fee | $10.00 | Stephen Walker |
| Reporter's record | $252.25 | Unknown |
| Clerk's record | $1,350.00 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Haglund Law Firm |
| Filing Fee for New Appeal | $100.00 | Haglund Law Firm |
| Indigent | $25.00 | Haglund Law Firm |
| **TOTAL:** | $1,862.25 | |

FILE COPY

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 21st day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk